**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

David A. Gebben, Attorney At Law
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 357-8456
Fax (206) 357-8401
Email: david.gebben@gmail.com

THE HONORABLE TIMOTHY W. DORE
Chapter 7
Hearing Location:    700 Stewart Street, Room 8106
                     Seattle, WA 98101
HEARING DATE/TIME:   FEBRUARY 24, 2023, 1:30 P.M.
Response Date:       FEBRUARY 17, 2023

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br>TIMOTHY B. ISZLEY,<br>　　　　　　　　　　　Debtor. | NO.   22-10431-TWD |
| RONALD G. BROWN AS TRUSTEE,<br>　　　　　　　　　　　Plaintiff,<br>　v.<br>HK MANAGEMENT CO., AS SUCCESSOR TO KANG'S PROPERTIES LLC, KEYBANK NATIONAL ASSOCIATION, DISCOVER BANK, BOEING EMPLOYEES CREDIT UNION, BARBARA CHASE, KATANA HOLDINGS LLC AND JANET BUZARD,<br>　　　　　　　　　　　Defendants. | ADV. NO.   22-01060-TWD<br><br>ORDER OF DEFAULT JUDGMENT AND SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM TO DETERMINE THE VALIDITY AND PRIORITY OF LIENS |

THIS MATTER having come on regularly before this Court, upon *Plaintiff's Motion For Default Judgment And Summary Judgment On Plaintiff's Claim To Determine The Validity And Priority Of Liens*

ORDER OF DEFAULT JUDGMENT AND SUMMARY
JUDGMENT ON PLAINTIFF'S CLAIM TO DETERMINE
THE VALIDITY AND PRIORITY OF LIENS　　　　　　　-1-

DAVID A. GEBBEN,
ATTORNEY AT LAW
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

dated 1-19-23, as filed by the Plaintiff herein, Ronald G. Brown As Trustee ("Plaintiff" or "Trustee"), and this Court having reviewed the motion and the various documents and pleadings referenced in the motion, and it appearing to this Court that defendants KeyBank National Association, Discover Bank, Boeing Employees Credit Union, Barbara Chase and Janet Buzard are in default in this matter, and it further appearing to this Court that the various documents and pleadings relevant to this matter are sufficient to support an order of summary judgment with respect to defendants KeyBank National Association, Discover Bank, Boeing Employees Credit Union, Barbara Chase, Katana Holdings LLC and Janet Buzard on Plaintiff's claim that those parties do not hold enforceable lien(s) with respect to the sale proceeds that the Trustee received from his sale of the real property at: 10116 Rainier Ave. S., Seattle, WA 98178 ("the Rainier Ave. property"), and good cause appearing to this Court for entry of the following judgment in this matter, pursuant to FRCP 55 and BR 7055 and FRCP 56 and BR 7056, and pursuant to RCW 4.56.200, RCW 6.13.090 and 11 U.S.C. §506(a), now therefore it is

ORDERED that defendants KeyBank National Association, Discover Bank, Boeing Employees Credit Union, Barbara Chase and Janet Buzard are determined by this Court to be in default in this matter, within the meaning of FRCP 55(a) and BR 7055;

AND IT IS FURTHER ORDERED that default judgment, under FRCP 55(b) and BR 7055, is hereby entered by this Court in favor of the Plaintiff herein, and against defendants KeyBank National Association, Discover Bank, Boeing Employees Credit Union, Barbara Chase and Janet Buzard, on Plaintiff's claim that the junior liens held by those parties are not enforceable with respect to the sale proceeds that the Trustee received from his sale of the Rainier Ave. property;

AND IT IS FURTHER ORDERED that summary judgment, under FRCP 56 and BR 7056, and under 11 U.S.C. §506(a), is also hereby entered by this Court in favor of the Plaintiff herein, and against defendants KeyBank National Association, Discover Bank, Boeing Employees Credit Union, Barbara Chase, Katana Holdings LLC and Janet Buzard, on Plaintiff's claim that the judgment that was entered in favor of Kang's Properties, LLC in King County Superior Court Case No. 08-2-38625-2 on 11-18-09 in

ORDER OF DEFAULT JUDGMENT AND SUMMARY
JUDGMENT ON PLAINTIFF'S CLAIM TO DETERMINE
THE VALIDITY AND PRIORITY OF LIENS         -2-

**DAVID A. GEBBEN,
ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 22-01060-TWD    Doc 25    Filed 02/23/23    Ent. 02/23/23 14:14:38    Pg. 2 of 3

the face amount of $710,983.76, which was later assigned to HK Management Co., and a copy of which was recorded in King County, Washington on 12-9-09, under recording number 2009120900292, was a valid lien on the Rainier Ave. property at the time of the Trustee's sale of that property, and that lien is the highest priority lien that has attached to the sale proceeds that the Trustee received from his sale of the Rainier Ave. property, and that lien has priority over the liens that were obtained by defendants KeyBank National Association, Discover Bank, Boeing Employees Credit Union, Barbara Chase, Katana Holdings LLC and Janet Buzard, with respect to the sale proceeds at issue in this case, and it is further ordered and determined by this Court that the liens on the Rainier Ave. property that were obtained by defendants KeyBank National Association, Discover Bank, Boeing Employees Credit Union, Barbara Chase, Katana Holdings LLC and Janet Buzard are not enforceable with respect to the sale proceeds that the Trustee received from his sale of the Rainier Ave. property;

AND IT IS FURTHER ORDERED that the issues under 11 U.S.C. §506(c) related to the lien that was obtained by defendant HK Management Co., as assignee of Kang's Properties, LLC, are hereby reserved by this Court for determination by this Court at a later date.

/// End of Order ///

Presented by:
David A. Gebben, Attorney At Law

___*/S/ David A. Gebben*___
By: David A. Gebben, WSBA #16290
Attorney for Plaintiff

ORDER OF DEFAULT JUDGMENT AND SUMMARY
JUDGMENT ON PLAINTIFF'S CLAIM TO DETERMINE
THE VALIDITY AND PRIORITY OF LIENS                -3-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Case 22-01060-TWD    Doc 25    Filed 02/23/23    Ent. 02/23/23 14:14:38    Pg. 3 of 3